IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ADAM GABRIEL MURPHY                                                                PLAINTIFF

v.                                       Case No. 1:25-cv-01089

SHANNON COLLIER-SISK;
SHERIFF TOMMY STURGEON; and
JUDGE ROBERT BYNUM GIBSON JR.                                                     DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on January 29, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Singleton conducted a preservice screening of Plaintiff Adam Gabriel Murphy's complaint (ECF No. 1) and now recommends that the Court dismiss Plaintiff's claims for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Specifically, Judge Singleton finds that Plaintiff's claims challenging his conviction and sentence are barred by *Heck* and that Plaintiff's defamation and slander claims are not actionable under § 1983.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**, this 6th day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge